No. 781. RAYBURN ET AL. *v.* RICHARDSON ET AL.

March 25, 1940. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *Hendrick* v. *Maryland,* 235 U. S. 610; *Sproles* v. *Binford,* 286 U. S. 374, 388–389; *Hicklin* v. *Coney,* 290 U. S. 169, 173. *Mr. William H. Snyder* for appellants. *Messrs. Gerald C. Mann* and *Glenn R. Lewis* for appellees.